Accessiblilty Disability Consultants
7378 W. Atlantic Blvd #361
Margate, Florida 33069

Todd Shulby P.A.
4750 SW 148th Ave
Davie, Florida

Re: Curcia Tire Kingdom
Tampa, Florida

Services ADA Consulting

Initial Inspection

| Date | Quanity | Description | Unit price | Total |
|---|---|---|---|---|
| 1/13/2009 | 0.5 | Conversations with attorney | $ 185.00 | $ 92.50 |
| 1/14/2009 | 4 | Attended inspection as requested by Client, Exterior common areas ; Photographed, measured and documented all violations of ADA witnessed at Building Attorney did not show. emailed to Plaintiff, inspection | $ 185.00 | $ 740.00 |
|  | 72 | 41 slides x 3 copies Photograph Expense ( for use by plaintiff's counsel) | $ 0.22 | $ 15.84 |
|  | 5 | Review of photograph and perform detailed report from information obtained at the inspection of the property | $ 185.00 | $ 925.00 |
| 6/29/2009 | 2 | Travel to and From Site Inspection for formal inspection | $ 185.00 | $ 370.00 |
|  | 2 | Attended inspection , Exterior common areas ; Photographed, measured and documented all violations of ADA witnessed at Building Owner was in attandanceo Plaintiff, inspection | $ 185.00 | $ 370.00 |
|  | 3.17 | Review and printing of photograph 's from inspections and perform detailed report from information obtained at the inspection of the property , send report to client and attorney | $ 185.00 | $ 586.45 |
|  |  | Total Due |  | $ 3,099.79 |